1  JODI H. LINKER
   Federal Public Defender
2  Northern District of California
   JESSICA YU
3  Assistant Federal Public Defender
   55 S. Market Street, Suite 820
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5  Facsimile:  (408) 291-7399
   Email:      Jessica_Yu@fd.org
6

7
   Counsel for Defendant HUSEYNOV
8

9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,            Case No.: CR 25-70758 MAG

15           Plaintiff,                  STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE
16       v.                              DETENTION HEARING AND
                                         EXCLUDE TIME UNDER RULE 5.1
17  SEVINDIK HUSEYNOV,                   AND THE SPEEDY TRIAL ACT

18           Defendant.

19

20
        Defendant Sevindik Huseynov and the Government, by and through their respective counsel,
21
   stipulate and agree, with the Court's approval, that the detention hearing set for July 8, 2025 at 1:00
22
   p.m. may be continued to July 11, 2025 at 1:00 p.m. The reason for the requested continuance is
23
   that the defense needs additional time to conduct investigation that will bear on the detention
24
   hearing and obtain jail clearance for the Turkish-language interpreter.
25
        The parties additionally stipulate and agree that time shall be excluded from July 8, 2025 to
26
   July 11, 2025, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) as the government's motion for detention
27
   remains pending.
28

STIP AND PO TO CONTINUE DETENTION HEARING
*HUSEYNOV*, CR 25-70758 MAG

The parties additionally stipulate and agree that there is good cause to exclude the time from July 8, 2025 to July 11, 2025, from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: July 3, 2025

JODI LINKER
Federal Public Defender
Northern District of California

_____/s/_____
JESSICA YU
Assistant Federal Public Defender

Dated: July 3, 2025

CRAIG MISSAKIAN
United States Attorney
Northern District of California

_____/s/_____
MAYA KARWANDE
Assistant United States Attorney

# [PROPOSED] ORDER

Upon agreement and stipulation of the defendant Sevindik Huseynov and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Sevindik Huseynov's detention hearing be continued to July 11, 2025 at 1:00 p.m.

Based on the stipulations of the parties above, and for good cause shown, it is further ORDERED that time be excluded under 18 U.S.C. § 3161(h)(1)(D), and specifically, that it be excluded from July 8, 2025 to July 11, 2025 and that the time from July 8, 2025 to July 11, 2025, be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: July 3, 2025

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge